B 250 A  Summons in an Adversary Proceeding
DISTRICT OF IDAHO

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re   Eugene Wilson

Bankruptcy Case No. 06-40301-JDP

**Debtor**

R. Sam Hopkins, Trustee

**Plaintiff**

Vs.

SecureSolutions, LLC, a Delaware limited liability company; Todd A. Pattison; and Mirabilis Ventures, Inc., a Florida corporation,

Adversary Proceeding No. 08-8005

**Defendant**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of the Clerk
> Clerk, U.S. Bankruptcy Court
> 801 E. Sherman, Pocatello, ID  83201

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Daniel C. Green, Racine Law Office, PO Box 1391, Pocatello, ID 83204-1391

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

*Summons Issued*

*Cameron S. Burke, Clerk*
*U.S. Courts, District of Idaho*

By  Nicole Knight Lynch 01/30/08

1

B 250 A   Summons in an Adversary Proceeding
DISTRICT OF IDAHO

# CERTIFICATE OF SERVICE

I, Amanda J. Cheney
___(Name)___, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __1/30/08__ by:
___(Date)___

☑ Mail service: Certified or Regular, first class U.S. mail, postage fully pre-paid, addressed to: Mirabilis Ventures, Inc., c/o Goldberg Bates, PLLC, Registered Agent, 3660 Maguire Blvd, Suite 102, Orlando, FL 32803

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
(Name of State)

Under penalty of perjury, I declare that the foregoing is true and correct.

__1/30/08__                __Amanda J. Cheney__
Date                        Signature

| Print Name | Amanda J. Cheney | | |
|---|---|---|---|
| Business Address | PO Box 1391 | | |
| City Pocatello | | State ID | Zip 83204-1391 |

2