Randall A. Peterman, ISB No. 1944
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
rap@moffatt.com
23-562.0000

Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>EUGENE WILSON,<br><br>       Debtor. | Case No. 06-40301-JDP<br>Chapter 7 |
| R. SAM HOPKINS, Chapter 7 Trustee,<br><br>       Plaintiff<br><br>vs.<br><br>SECURESOLUTIONS LLC, a Delaware limited liability company; TODD A. PATTISON, an individual; MIRABILIS VENTURES, INC., a Florida corporation,<br><br>       Defendants. | Adversary Case No. 08-08005-JDP<br><br>**STIPULATION EXTEND TIME WITHIN WITH DEFENDANT MIRABILIS VENTURES, INC. MAY RESPOND TO THE COMPLAINT** |

COME NOW the plaintiff R. Sam Hopkins ("Trustee"), by and through his attorney of record Daniel C. Green, and defendant Mirabilis Ventures, Inc. ("Mirabilis"), by and

**STIPULATION EXTEND TIME WITHIN WITH DEFENDANT MIRABILIS
VENTURES, INC. MAY RESPOND TO THE COMPLAINT - 1**         Client:868461.1

through its attorney of record Randall A. Peterman, and do hereby stipulate and agree that Mirabilis shall have until March 31, 2008 to responded to the complaint in this matter.

DATED this __18__ day of March, 2008.

                                            RACINE, OLSON, NYE, BUDGE & BAILEY, CHARTERED

By _____
Daniel C. Green – Of the Firm
Attorneys for R. Sam Hopkins, Chapter 7 Trustee

DATED this _____ day of March, 2008.

                                            MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By _____
Randall A. Peterman – Of the Firm
Attorneys for Mirabilis Ventures, Inc.

STIPULATION EXTEND TIME WITHIN WITH DEFENDANT MIRABILIS
VENTURES, INC. MAY RESPOND TO THE COMPLAINT - 2       Client:868481.1

through its attorney of record Randall A. Peterman, and do hereby stipulate and agree that Mirabilis shall have until March 31, 2008 to responded to the complaint in this matter.

DATED this \_\_\_\_\_ day of March, 2008.

                                          RACINE, OLSON, NYE, BUDGE & BAILEY,
                                          CHARTERED


By_____
   Daniel C. Green – Of the Firm
   Attorneys for R. Sam Hopkins, Chapter 7 Trustee

DATED this 18th day of March, 2008.

                                          MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By_____
   Randall A. Peterman – Of the Firm
   Attorneys for Mirabilis Ventures, Inc.

**STIPULATION EXTEND TIME WITHIN WITH DEFENDANT MIRABILIS VENTURES, INC. MAY RESPOND TO THE COMPLAINT - 2**     Client:868461.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2008, I caused a true and correct copy of the foregoing **STIPULATION EXTEND TIME WITHIN WITH DEFENDANT MIRABILIS VENTURES, INC. MAY RESPOND TO THE COMPLAINT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

R. Sam Hopkins
CHAPTER 7 TRUSTEE
P.O. Box 3014
Pocatello, Idaho 83206-3014

Daniel C. Green
RACINE, OLSON, NYE, BUDGE & BAILEY,
CHARTERED
201 East Center/Center Plaza
Post Office Box 1391
Pocatello, Idaho 83204-1391

AND, I HEREBY CERTIFY that on this 18th day of March, 2008, I caused a true and correct copy of the foregoing **STIPULATION EXTEND TIME WITHIN WITH DEFENDANT MIRABILIS VENTURES, INC. MAY RESPOND TO THE COMPLAINT** to be served by the method indicated below, and addressed to the following non-CM/ECF Registered Participants:

Todd A. Pattison
200 Harry S Truman Parkway
Suite 340
Annapolis, MD 21401

(✓) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

SecureSolutions, LLC
561 E Mitchell Hammock Rd
Oviedo, FL 32765

(✓) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

_____
Randall A. Peterman

**STIPULATION EXTEND TIME WITHIN WITH DEFENDANT MIRABILIS
VENTURES, INC. MAY RESPOND TO THE COMPLAINT - 3**

Client:868461.1