Daniel C. Green [ISB #3213]
RACINE, OLSON, NYE, BUDGE
    & BAILEY, CHARTERED
P. O. Box 1391
Pocatello, Idaho 83204-1391
Telephone: (208)232-6101
Facsimile: (208)232-6109
E-mail: dan@racinelaw.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bk Case No. 06-40301-JDP |
| | ) | (Chapter 7) |
| EUGENE WILSON, | ) | |
| | ) | |
| Debtors. | ) | |
| R. SAM HOPKINS, Trustee | ) | Adversary Case No. 08-08005 |
| | ) | |
| Plaintiff | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| SECURESOLUTIONS, LLC, a Delaware | ) | |
| limited liability company; TODD A. | ) | |
| PATTISON; and MIRABILIS | ) | |
| VENTURES, INC., a Florida corporation, | ) | |
| | ) | |
| Defendants. | ) | |

    COMES NOW Plaintiff, R. Sam Hopkins, Trustee, by and through counsel, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, files this Notice of Dismissal of Defendant Mirabilis Ventures, Inc.

NOTICE OF DISMISSAL - Page 1

DATED this 5th day of May, 2008.

           RACINE OLSON NYE BUDGE
            & BAILEY, CHARTERED


        By: /s/ Daniel C. Green
          DANIEL C. GREEN
          Attorney for R. Sam Hopkins, Trustee

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 5th day of May, 2008, I served a copy of the foregoing on CM/ECF Registered Participants as reflected below:

| | |
|---|---|
| R Sam Hopkins | Randall A Peterman |
| ID07@ecfcbis.com | rap@moffatt.com |
| | alj@moffatt.com |
| | kad@moffatt.com |
| | ecf@moffatt.com |
| | moffattthomas@hotmail.com |


        /s/ Daniel C. Green
        DANIEL C. GREEN