UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: ) | Bk Case No. 06-40301-JDP | |
| ) | (Chapter 7) | |
| EUGENE WILSON, ) | | |
| ) | | |
| Debtors. ) | | |
| R. SAM HOPKINS, Trustee ) | Adversary Case No. 08-08005 | |
| ) | | |
| Plaintiff ) | | |
| ) | **ORDER FOR SERVICE BY** | |
| vs. ) | **PUBLICATION** | |
| ) | | |
| SECURESOLUTIONS, LLC, a Delaware ) | | |
| limited liability company; TODD A. ) | | |
| PATTISON; and MIRABILIS ) | | |
| VENTURES, INC., a Florida corporation, ) | | |
| ) | | |
| Defendants. ) | | |

Upon the reading and filing of Plaintiff's verified Complaint, Motion for Order for Service by Publication, and Affidavit of Daniel C. Green in Support of Service by Publication herein, and it appearing that service of process was attempted on Defendant Todd A. Pattison; that said Defendant is a necessary and proper party to this action, and that a cause of action exists in favor of Plaintiff and against said Defendant;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Summons shall be published in a newspaper of general circulation in Anne Arundel County, Maryland, at least once a week for four (4) consecutive weeks.

IT IS FURTHER ORDERED that service of summons is deemed complete upon expiration of the period of publication. // end of text //

ORDER FOR SERVICE BY PUBLICATION - Page 1

Dated: May 6, 2008

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by:
Daniel C. Green
Attorney for R. Sam Hopkins, Trustee