UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bk Case No. 06-40301-JDP |
| | ) | (Chapter 7) |
| EUGENE WILSON, | ) | |
| | ) | |
| Debtors. | ) | |
| R. SAM HOPKINS, Trustee | ) | Adversary Case No. 08-08005 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| SECURESOLUTIONS, LLC, a Delaware | ) | |
| limited liability company; TODD A. | ) | |
| PATTISON; and MIRABILIS | ) | |
| VENTURES, INC., a Florida corporation, | ) | |
| | ) | |
| Defendants. | ) | |

In this action, it appears from the record that Defendants SecureSolutions, LLC and Todd A. Pattison (hereafter "Defendants"), were served with process and received copies of the Summons and Complaint; Defendants having failed to plead or otherwise defend; the legal time for pleading or otherwise defending having expired; and the default of Defendants having been duly entered, Plaintiff is entitled to Judgment according to law.  Based upon the Motion and demand of Plaintiff, the Complaint, other evidence presented and the record herein, Plaintiff is entitled to Judgment against Defendants pursuant to the prayer of Plaintiff's Complaint.

WHEREFORE, by virtue of the law and by reason of the premises aforesaid;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

1. That Plaintiff have and recover judgment from Defendants, SecureSolution, LLC and Todd A. Pattison, a total Judgment in the sum of **Two Hundred Fifty Thousand Nine Hundred Fifty-Two and 44/100 Dollars ($250,952.44)**.

DEFAULT JUDGMENT - Page 1

2. Plaintiff may immediately have execution hereon. // end of text //

Dated: August 1, 2008

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by:
Daniel C. Green
Attorney for R. Sam Hopkins, Trustee

DEFAULT JUDGMENT - Page 2